**No. 10-10393. Larry Thompson, Petitioner v. United States.**

563 U.S. 1041, 131 S. Ct. 2981, 180 L. Ed. 2d 261, 2011 U.S. LEXIS 4332.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 396 Fed. Appx. 971.

**No. 10-10395. Hayward Coleman, Petitioner v. United States.**

563 U.S. 1041, 131 S. Ct. 2981, 180 L. Ed. 2d 261, 2011 U.S. LEXIS 4221.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 416 Fed. Appx. 41.

**No. 10-10396. Julio De La Cruz, Petitioner v. United States.**

563 U.S. 1041, 131 S. Ct. 2981, 180 L. Ed. 2d 261, 2011 U.S. LEXIS 4269.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 413 Fed. Appx. 338.

**No. 10-10399. Jaime Molina-Garcia, aka Jaime Garcia-Molina, Petitioner v. United States.**

563 U.S. 1041, 131 S. Ct. 2981, 180 L. Ed. 2d 261, 2011 U.S. LEXIS 4265.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 405 Fed. Appx. 393.

**No. 10-10400. Nathaniel Diaz Punzalan, Petitioner v. United States.**

563 U.S. 1041, 131 S. Ct. 2981, 180 L. Ed. 2d 261, 2011 U.S. LEXIS 4226.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 409 Fed. Appx. 173.

**No. 10-10402. Roberto Lopez-Villegas, Petitioner v. United States.**

563 U.S. 1041, 131 S. Ct. 2982, 180 L. Ed. 2d 261, 2011 U.S. LEXIS 4198.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 413 Fed. Appx. 992.

**No. 10-10403. Walter J. Madera-Ortiz, Petitioner v. United States.**

563 U.S. 1041, 131 S. Ct. 2982, 180 L. Ed. 2d 261, 2011 U.S. LEXIS 4335.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 637 F.3d 26.

**No. 10-10423. Ricardo Vargas, Petitioner v. United States.**

563 U.S. 1041, 131 S. Ct. 2982, 180 L. Ed. 2d 261, 2011 U.S. LEXIS 4341.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 408 Fed. Appx. 982.